In the Matter of the Petition of the BROOKLYN TRUST COMPANY to Render and Settle an Intermediate Account of Its Proceedings as Executor of the Will of FRANCIS A. MARTIN, Deceased. EVERETT J. POWELL, Appellant; BROOKLYN TRUST COMPANY and Others, Respondents.—Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

In the Matter of MARY PETERSON, a Child under the Age of Sixteen Years.— Motion to dispense with printing denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

MISCHA S. JACOBSON, Appellant, v. LYMAN IRISH, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

JAD REALTY CORPORATION, Respondent, v. MARATHON STEAM LAUNDRY CO., INC., Defendant, and SUSANNA SIMON, Appellant.— Motion to modify decision denied, without prejudice to an application at Special Term. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

WILLIAM P. JENKS and Others, etc., Appellants, v. CLINTON BURNS and Another, Respondents. (Action No. 1.) CLINTON BURNS, Respondert, Appellant, v. WILLIAM P. JENKS and Others, etc., Appellants, Respondents. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

SARAH D. KAPS, Respondent, v. GERALDINE WEINSTEIN, Also Known as GERALDINE KAPS, Appellant.— Motion to strike original complaint from case on appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

THE LAWBECK CORPORATION, Respondent, v. BORLO CONSTRUCTION CORPORATION and Others, Defendants, and ARTHUR J. McCARTEN, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for February third (for which day the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

EDWARD LEVY, Appellant, v. SONATRON TUBE COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

MARINE BASIN COMPANY, INC., Appellant, v. NORTHWESTERN FIRE AND MARINE INSURANCE COMPANY, Respondent.— Application of respondent for disposition of proposed findings of fact and conclusions of law submitted on reversal of judgment, or, in the alternative, that the clerk of this court be directed to file said proposed findings and conclusions with the county clerk of Kings county, denied. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

SAM MARKMAN, Respondent, v. BROAD DEVELOPING COMPANY, INC., Appellant, and ABRAHAM SCHNEIDER and Others, Defendants. LOUIS BROD, as Director of BROAD DEVELOPING Co., INC., etc., Appellant, v. SAMUEL MARKMAN Respondent, and ABRAHAM SCHNEIDER and Others, Defendants. (Consolidated Actions.) — Motion to direct delivery of exhibit denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.